IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| Date: | January 8, 2009 | Probation: | Lisa Pence |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

| Criminal Case No: **07-cr-00185-WYD** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michele R. Korver |
| Plaintiff, | |
| v. | |
| **2. DONAE BUTLER**, | M. David Lindsey |
| Defendant. | |

## SENTENCING

| **2:50 p.m.** | Court in Session - Defendant present (in-custody) |
|---|---|
| | **Change of Plea Hearing - September 20, 2007**<br>**Plea of Guilty - count 1 of Superseding Indictment and confesses count 13 (the forfeiture allegation) of the Superseding Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 2:51 p.m. | Statement on behalf of Government (Ms. Korver). |
| 2:52 p.m. | Statement on behalf of Defendant (Mr. Lindsey). |
| 2:57 p.m. | Statement by Defendant on his own behalf (Mr. Butler). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [doc. #313], filed January 6, 2009, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #314], filed January 6, 2009, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **108** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility within the state of Colorado so the defendant can be close to his family and be placed in the and be placed in the Residential Drug Abuse Program (R.D.A.P.).**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

| | |
|---|---|
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Government's Motion to Dismiss (Indictment and) Counts 3 and 9 of the Superseding Indictment [doc. #315], filed January 6, 2009, is **GRANTED.**<br><br>Order Dismissing Indictment and Counts 3 and 9 of the Superseding Indictment as to Defendant Donae Butler is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **3:07 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME: 0:17**