IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-000185-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DONAE BUTLER,

    Defendant.

---

ORDER DISMISSING INDICTMENT AND COUNTS 3 AND 9
OF THE SUPERSEDING INDICTMENT AS TO DEFENDANT DONAE BUTLER

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss (Indictment and) Counts 3 and 9 of the Superseding Indictment and all counts of the original Indictment. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that the Government's Motion to Dismiss (Indictment and) Counts 3 and 9 of the Superseding Indictment [doc. #315], filed January 6, 2009, is hereby GRANTED. Counts 3 and 9 of the Superseding Indictment as well as all counts of the original Indictment are DISMISSED as to Defendant Donae Butler.

DATED this <u>8th</u> day of January, 2009.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL
                            CHIEF UNITED STATES DISTRICT JUDGE